

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

December 6, 2021

**By ECF**

Hon. John P. Cronan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1320
New York, NY 10007

      Re:    *Securities and Exchange Commission v. Ross Barish*, 20 Civ. 6437 (JPC)

Dear Judge Cronan:

    Plaintiff Securities and Exchange Commission (the "Commission") respectfully writes in response to the Court's Order of December 1, 2021, (Dkt. No. 27) to request a brief adjournment of the telephonic conference to discuss trial-ready dates scheduled for December 8.  Commission counsel David Stoelting, one of the two principal trial counsel for the Commission in this action, is currently on trial in *SEC v. Grenda Group, LLC, et al.*, 18 Civ. 954 (W.D.N.Y.), and expects that trial to continue through at least December 8.  This is the first request for an adjournment of this conference date, and Defendant Ross Barish consents to the request.  If the Court grants the requested adjournment, the parties are generally available the following **Monday, December 13, after 12:00 p.m.**  If the Court declines to grant the adjournment, the Commission respectfully requests that the Court excuse Mr. Stoelting's attendance at the December 8 conference pursuant to Rule 5(A) of the Court's Individual Rules and Practices in Civil Cases.

                        Respectfully submitted,

                        /s/ Lee A. Greenwood

                        Lee A. Greenwood
                        Senior Trial Counsel

cc:    All counsel of record (by ECF)

*This request is granted. The conference scheduled for December 8, 2021 is adjourned to December 13, 2021 at 12:00 p.m. At the scheduled time, counsel for all parties shall call 866-434-5269, access code 9176261.*

SO ORDERED.
Date: December 6, 2021
New York, New York

                        _____
                        JOHN P. CRONAN
                        United States District Judge