UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
SECURITIES AND EXHANGE COMMISSION,  :
:
                        Plaintiff,  :         20 Civ. 6437 (JPC)
:
           -v-  :            ORDER
:
ROSS BARISH,  :
:
                        Defendant.  :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    The parties should be ready for trial in this case on October 3, 2022.  The parties must familiarize themselves with the Court's Individual Rules and Practices for Civil Cases, available at https://www.nysd.uscourts.gov/hon-john-p-cronan.

    The joint proposed pretrial order and all other required pretrial filings shall be filed in accordance with 7.B-C of the Court's Individual Rules and Practices in Civil Cases by August 15, 2022.  Any opposition to a motion *in limine* and responsive pretrial memoranda of law shall be filed by September 5, 2022.  Parties should submit courtesy copies of documentary evidence in accordance with 7.F of the Court's Individual Rules and Practices in Civil Cases by September 26, 2022.  The parties shall appear for a final pretrial conference on September 28, 2022 at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.

    SO ORDERED.

Dated: December 20, 2021                                      _____
       New York, New York                              JOHN P. CRONAN
                                                              United States District Judge